**John S. CHALFANT, Appellant, v. James L. O'TOOLE, Jr., Collector of Internal Revenue, 23d District, Pennsylvania, Appellee.**

No. 5874.

Circuit Court of Appeals, Third Circuit.

Dec. 2, 1935.

Wm. G. Heiner, of Pittsburgh, Pa., for appellant.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Ellis N. Slack, Sp. Assts. to Atty. Gen. (Horatio S. Dumbauld, U. S. Atty., and Orris Bennett, Sp. Asst. U. S. Atty., both of Pittsburgh, Pa., of counsel), for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

The facts and questions involved in this case are stated in the opinion of the court below. 12 F.Supp. 17.

After argument and full consideration had we find ourselves in accord therewith, and the decree below is affirmed on such opinion, adding thereto the later decided case of Supreme Permanent B. & L. Association v. Milbourne, Sec. 1835, Vol. 1, Prentice-Hall (1935).